Frederick Persch, Respondent, *v.* John Cook, Jr., Appellant.

(Argued October 7, 1881 ; decided October 25, 1881.)

*Frank R. Perkins* for appellant.

*James H. Kennedy* for respondent.

Agree to affirm without opinion.
Judgment affirmed.